## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

From at least in or about October 2015 and continuing through at least in or about November 2016, in the District of Maryland and elsewhere, the defendant, **DESSALINES CARROLL BATTLE ("BATTLE"),** knowingly combined, conspired, confederate, and agreed with **Sonyia Cruz ("S. Cruz")** and **Frankie Cruz ("F. Cruz")**, among others, to distribute and possess with the intent to distribute 50 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

Specifically, from at least in or about October 2015 through in or about November 2016, **F. Cruz** and **S. Cruz** bought marijuana in bulk in California, usually 20 to 25 pounds per month, and shipped it to their rental house in Laurel, Maryland. **F. Cruz** and **S. Cruz** then flew from California to Maryland, received the parcels, repackaged them, and sold them in bulk to **BATTLE**. **F. Cruz** and **S. Cruz** sold the marijuana to **BATTLE** for approximately $2,800 or $2,900 per pound.

After purchasing the bulk marijuana from **F. Cruz** and **S. Cruz**, **BATTLE** would store and distribute the marijuana from a residence located on Branch Avenue SE in Washington, D.C (the "stash house"). **BATTLE** did not reside at the stash house. Rather, he used the stash house for the purpose of manufacturing and/or distributing the marijuana.

After **F. Cruz** and **S. Cruz** received the drug proceeds from **BATTLE**, they would launder the money at the Maryland Live Casino, in Hanover, Maryland ("the Casino"). **F. Cruz** and **S. Cruz** laundered the money in order to make it appear as though they had won the money at the casino, rather than from their illicit activities. They also laundered the money to convert smaller bill denominations to larger denominations, and to get rid of bills that smelled of marijuana. After **F. Cruz** and **S. Cruz** "cleaned" the money, they transported the laundered proceeds in their carry-on luggage back to California to purchase more marijuana. Over the course of the conspiracy, **F. Cruz** and **S. Cruz** laundered at the Casino approximately $674,897.70 of drug proceeds from the bulk sale of marijuana to **BATTLE**.

On November 14, 2016, law enforcement executed a search warrant at the stash house, where they recovered approximately 26 pounds of marijuana and three firearms. That same day, law enforcement executed a search warrant at **BATTLE**'s residence, located in Largo, Maryland, where they recovered approximately $5,000 in cash and **BATTLE**'s cell phone. Law enforcement recovered several images from **BATTLE**'s phone, including images of **BATTLE** possessing bulk quantities of marijuana while located within the stash house.

Rev. August 2018

9

On cell phones belonging to **F. Cruz** and **S. Cruz**, law enforcement recovered communications between **F. Cruz**, **S. Cruz** and **BATTLE** regarding the distribution of marijuana. For example, on August 22, 2016, **F. Cruz** texted **BATTLE**, "Hey bro it's Frankie, finally got that package in today! What's a good time?" A reply text from **BATTLE** said, "around 8." The next day, **F. Cruz** texted **BATTLE**, "Hey boss one stack was short 100. And Sonyia said to remind you there was a balance from 7/12 for 595.00 too." **F. Cruz** later sent another text to **BATTLE**, which stated, "Hey Sonyia got another box out, should be here Thursday. If u can cash that balance out I can get another box out and be here before this weekend." On September 9, 2016, the **Cruzes** sent **BATTLE** a text asking, "How much was the deposit you did today?" BATTLE replied, "$7200[.]"

On February 26, 2018, **BATTLE** traveled to **F. Cruz's** and **S. Cruz's** residence in San Jose, California. The Government maintains that, while at the residence, **BATTLE** threatened **S. Cruz** and **F. Cruz** for the purpose of preventing the **Cruzes** from testifying at an official proceeding, namely testifying at Grand Jury proceedings in Maryland with respect to charges against **BATTLE** and to prevent the **Cruzes** from communicating to law enforcement **BATTLE's** role in the drug conspiracy.

SO STIPULATED:

_____
Dwight J. Draughon
David I. Salem
Assistant United States Attorneys

_____
Dessalines Carroll Battle
Defendant

_____
David Benowitz, Esq.
Counsel for Defendant