# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES**<br><br>v.<br><br>**DESSALINES BATTLE,**<br>    **Defendant.** | Case No. 8:18-cr-00146-GJH-1 |

## STATUS REPORT

Dessalines Battle, by and through undersigned counsel and pursuant to the Court's Order, hereby submits this Status Report. Counsel states as follows:

1. During a status conference call on December 11, 2019, the Court ordered that a Status Report be prepared and submitted by January 8, 2020 indicating whether Mr. Battle would seek to withdraw his guilty plea in the above-captioned matter.

2. Undersigned counsel and government counsel have had productive discussions regarding a possible resolution of the issues that would avoid litigation of a motion to withdraw Mr. Battle's guilty plea.

3. Counsel and Mr. Battle are still assessing the issue and anticipate coming to a decision shortly.

4. Counsel therefore requests, and the government does not oppose, an extension of the deadline for informing the Court as to whether Mr. Battle will seek to withdraw his guilty plea to January 22, 2020.

Respectfully submitted,

_____/s/_____
David Benowitz
*Counsel for Dessalines Battle*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
Office: 202.417.6000
Direct: 202.271.5249
Fax: 202.664.1331
David@PriceBenowitz.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of January 2020, I caused a true and correct copy of the foregoing Status Report to be delivered via CM/ECF to Assistant United States Attorneys Dwight Draughon and David Salem, United States Attorney's Office,

_____/s/_____
David Benowitz